UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOUGLAS ROBERTSON (#91333)

VERSUS

LA. STATE SUPREME COURT

CIVIL ACTION

NO. 09-1029-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated December 21, 2009 (doc. no. 6). Petitioner filed multiple objections to the report which are frivolous.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's action is DISMISSED as frivolous within the meaning of 28 U.S.C. § 1915(e).

Baton Rouge, Louisiana, this 25th day of January, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA