UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOUGLAS ROBERTSON (#91333)

VERSUS

LA. STATE SUPREME COURT

CIVIL ACTION

NO. 09-1029-JJB-CN

**ORDER OF DISMISSAL**

For the written reasons assigned and filed herein:

IT IS ORDERED that the plaintiff's action is DISMISSED as frivolous within the meaning of 28 U.S.C. § 1915(e).

Baton Rouge, Louisiana, this 25th day of January, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA